NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE LONNIE RAY WICKLIFFE,
*Petitioner.*

---

Miscellaneous Docket No. 104

---

On Petition for Writ of Mandamus to the United States Court of Federal Claims in case no. 11-CV-527, Judge Margaret M. Sweeney.

---

## ON PETITION

Before BRYSON, SCHALL, and PROST, *Circuit Judges.*

PER CURIAM.

## O R D E R

Lonnie Ray Wickliffe submits a "motion for registration of treaty, and proclamation." Wickliffe also submits a petition for rehearing en banc. The petition for rehearing is before this panel pursuant to Internal Operating Procedure # 14(2)(a), which states that a petition for rehearing en banc which does not also include a petition for panel rehearing shall nonetheless first be transmitted to the panel that heard the case.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for registration of treaty and proclamation is denied.

(2) The panel denies the petition for rehearing en banc to the extent Wickliffe seeks reconsideration of the panel's order denying his petition for a writ of mandamus.

(3) The petition shall be circulated to the full court for its review along with a copy of this order.

FOR THE COURT

FEB 2 7 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Lonnie Wickliffe
Jeanne E. Davidson, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 7 2012

JAN HORBALY
CLERK